LAW OFFICES OF
# LONDON & ROBIN

IRA D. LONDON
AVROM ROBIN

NICOLE ZEICHNER

OF COUNSEL
ROBERT M. SILVERSTEIN

99 PARK AVENUE
SUITE 1600
NEW YORK, NEW YORK 10016
TEL: 212-683-8000
FAX: 212-683-9422
EMAIL: iradlondon@aol.com
avrom@mindspring.com

VIA FAX

February 10, 2014

Honorable John G. Koeltl
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007



Re: **United States v. Mark Hotton, et al. (Mark Hotton)**
    12-cr-825(JGK)

Dear Judge Koeltl:

Because of the many issues surrounding sentence which I am still trying to resolve (including coordinating his Eastern District sentence), I am respectfully requesting an adjournment of sentence from March 7, 2014 to any day between April 7 and April 11, 2014.

A.U.S.A. Ted Diskant has no objection to this request.

Respectfully submitted,

IRA D. LONDON

cc: A.U.S.A. Edward Diskant (via e-mail)
    Mr. Mark Hotton         (via U.S. Mail)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/12/2014

SENTENCE ADJOURNED TO THURSDAY, APRIL 17, 2014 AT 4:30PM
SO ORDERED.
2/11/14
                                                USDJ