# Exhibit A

# TRUTH CHASERS CLUB

*This Certifies that*

**Mark C Hotton**

Has Successfully Completed

"Grace Through Faith"

September 18, 2014

*Reese R. Kauffman*
*President*



---

# THE VOICE OF PROPHECY
## WORLDWIDE BIBLE SCHOOL

# DIPLOMA

This certifies that

**Mark Hotton**

has completed in a satisfactory manner the 26-lesson

## DISCOVER BIBLE COURSE

Issued on

September 16, 2014

*Kurt W. Johnson*
BIBLE SCHOOL DIRECTOR

SPEAKER/DIRECTOR